UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECIL ELMORE, JR.,<br><br>                              Plaintiff,<br><br>            -against-<br><br>UNIVERSAL SERVICES OF AMERICA, LP, ETAL.,<br><br>                              Defendants. | 24-CV-5883 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 14, 2024
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge